## No. 13,854.

ESTATE OF SMARCH.
GRIFFIS *v.* SMARCH ET AL.
(53 P. [2d] 1198)

Decided December 9, 1935.

Judgment affirmed in department on application for supersedeas without written opinion, Mr. Chief Justice Butler, Mr. Justice Burke and Mr. Justice Young, participating.

Mr. J. NELSON TRUITT, for plaintiff in error.

Mr. BENJAMIN C. HILLIARD, JR., for defendants in error.